**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6461**

———————

JONATHAN DEREK LEE,

                        Petitioner - Appellant,

     versus

WILLIAM W. SONDERVAN,

                        Respondent - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge. (CA-99-3038-AW)

———————

Submitted:  July 27, 2000          Decided:  August 4, 2000

———————

Before MURNAGHAN, WIKINS, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Jonathan Derek Lee, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Ann Norman Bosse, Jason Frederick Trumpbour, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jonathan Derek Lee seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Lee v. Sondervan, No. CA-99-3038-AW (D. Md. Mar. 24, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on March 22, 2000, and March 23, 2000, the district court's records show that it was entered on the docket sheet on March 24, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).